IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL MARTINEZ on behalf of himself individually and ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SEC ENERGY PRODUCTS & SERVICES, L.P.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   NO. 4:17-CV-1444<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Parties' Joint Stipulation for Dismissal. Having reviewed the Stipulation, the Court is of the opinion that it should be granted.

All claims between the Parties are DISMISSED WITH PREJUDICE and this action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

November  26, 2018
Date

The Honorable Alfred H. Bennett
United States District Judge